UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

CIVIL ACTION NO. 11-61-JBC

ANGELA HOOVER,                                                                                    PLAINTIFF,

V.                                                      **JUDGMENT**

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,                                       DEFENDANT.

* * * * * * * * * * * *

The court, having denied the plaintiff's motion for summary judgment and having granted the defendant's motion for summary judgment, enters **JUDGMENT** in accordance with that order.

There being no just cause for delay, this order is **FINAL** AND **APPEALABLE**.

This matter is **STRICKEN** from the court's active docket.

Signed on June 22, 2012

JENNIFER B. COFFMAN, JUDGE
U.S. DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY